Raymond Hernandez-Albino
Reg. No. 14736-069 C-2/B-15
FPC Schuylkill
P.O. Box 670
Minersville, PA 17954-0670



Date: August 8, 2005.

Clerk of The Court
United States District Court
District of Puerto Rico
Room 150
Federal Building
Hato Rey, Puerto Rico 00918-1767

Dear Clerk

Enclosed for filing, please find an original and one copy of the following:

* Notice of Motion for Relief from Judgment Pursuant to Fed. R. Civ. P. 60(b)(6).

* Memorandum of law in support of Motion for relief from Judgment under Fed. R. Civ. P. 60(b)(6).

* Supplemental Memorandum of law.

* Affidavit of Raymond Hernandez-Albino in support of Motion..

* Affidavit of Raymond Hernandez-Albino attaching relevant transcripts of trial.

* Affidavit of Jesus Hernandez-Pagan.

* Affidavit of Militza Cortez-Maldonado.

* Affidavit of Vidal Cortez-Nieves.

* Affidavit of Paula Torres-Velez.

Kindly file the above pleadings and please return one copy stamped filed to me at your earliest convinience. Thank you.

Respectfully,

Raymond Hernandez-Albino

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| RAYMOND HERNANDEZ-ALBINO<br>Petitioner | : | CIVIL ACTION NO. 00-1600 |
| | : | CRIMINAL NO. 97-0099 |
| Vs. | : | [HECTOR M. LAFFITTE, J.] |
| | : | |
| UNITED STATES OF AMERICA<br>Respondent | : | Pro-Se |

NOTICE OF MOTION FOR RELIEF FROM JUDGMENT
UNDER FED. R. CIV. P. 60(b)(6)

Please take notice, that the undersigned Petitioner, Raymond Hernandez-Albino, shall apply to the court for relief from the Judgment of conviction entered by this court on April 20, 1998. On the grounds detailed and set forth in the accompanying Memorandum of law and Supplemental Memorandum of law.

Please take further notice that in support of this Application, the Petitioner shall rely upon the Affidavits of:

    Raymond Hernandez-Albino

    Jesus Hernandez-Pagan

    Millitza Cortez-Maldonado

    Vidal Cortez-Nieves.

    Paula Torres-Velez.

Please take further Notice that the undersigned relies upon the relevant portion of the Transcript of Proceedings at the trial which are annexed to the second Affidavit of Raymond Hernandez-Albino.

Respectfully,

Raymond Hernandez-Albino

## CERTIFICATE OF SERVICE

I Raymond Hernandez-Albino, hereby certify that on the 5th. day of august, 2005, I have served a copy of the Notice of Motion for Relief from judgment under Fed. R. Civ. P. 60(b)(6), on the following by First Class Mail, postage prepaid to:

>HUMBERTO S. GARCIA, ESQ.
>ASSISTANCE UNITED STATES ATTORNEY
>ROOM 452
>FEDERAL BUILDING
>150 CARLOS CHARDON St.
>HATO REY, PUERTO RICO 00918

Dated: August 5, 2005.

_____
Raymond Hernandez-Albino