IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| RAYMOND HERNANDEZ-ALBINO<br>Petitioner | : CRIMINAL CASE NO. 97-0099<br>: [HECTOR M. LAFFITTE, J.] |
| Vs. | : |
| UNITED STATES OF AMERICA<br>Respondant | :<br>: |

ORDER OF THE DISTRICT COURT GRANTING BAIL PENDING
MOTION FOR RELIEF FROM JUDGMENT OF FED. R. CIV. P. 60(b)(6)
===========================================================

RAYMOND HERNANDEZ-ALBINO, Petitioner, having duly filed and served to this court a notice for relief from judgment of the Fed. R. Civ. P. 60(b)(6), from the judgment of conviction rendered herein and from the sentence imposed herein on April 20, 1998, it is

ORDERED, that the Petitioner, Raymond Hernandez-Albino, be set at liberty upon furnishing a bond in the sum enumerated as follows:

_____ dollars ($_____) or signature bond, during the pendency of said appeal in said District Court of Puerto Rico, and until the mandate of this court shall be issued and filed on the pending motion and an order entered thereon.

Dated:

Hector M. Laffitte
Circuit Judge