Raymond Hernandez-Albino
Reg. No. 14736-069 C-2/B-15
FPC Schuylkill
P.O. Box 670
Minersville, PA. 17954-0670

Date: April 7, 2006.

Clerk of the Court
UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO
ROOM 150
FEDERAL BUILDING
HATOREY, PUERTO RICO 00918-1767

RE: Criminal Case No. 97-0099(HL)

Dear Clerk:

    On march 16, 2006, I sent to the court of Puerto Rico an Amendment in support of the motion for relief from judgment under the Fed. R. Civ. P. Rule 60(b)(6), that I have presently being entertained by the court, but since then I have not receieved a return confirmation from the court. Here I am sending you a copy and a stamped envelope so that you could at least let me know if you have received this Amendment.

    Could you also find out what is the status upon my motion that I have in the court since August 16, 2005.

    Thank you very much for your help, since I could only do but so much here in prison. Hope to hear from you soon.

Sincerely,

Raymond Hernandez-Albino