RAYMOND HERNANDEZ-ALBINO
Reg. No. 14736-069 C-2/B-15
FPC Schuylkill
P.O. Box 670
Minersville, PA. 17954-0670

Date: November 1, 2006.

AATN: Ms. NANCY PEREZ
UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO
ROOM 150
FEDERAL BUILDING
HATO REY, PUERTO RICO 00918-1767

Docket No. 174 CRIMINAL NO. 97-0099(HL)
RE: Fed. R. Civ. P. 60(b)(6)

Dear Ms. Perez:

    With all due respect, I am addressing this request towards your behalf, since you have already spoken to my mother on previous occasions over the telephone and she mentioned that you knew for a fact that Hon. Judge Laffitte has my motion in hand.

    I'm only asking you to please give me a status on my motion for relief from judgment under Fed R. Civ. P. 60(b)(6), that was docketed on August 18, 2005 and till this day it has not been addressed in front of the Hon. Judge Laffitte. I did notice that according to my docket sheet No. 180, dated April 18, 2006, my Amendment in support of my present Fed R. Civ. P. 60(b)(6) motion was found by the Hon. Judge Laffitte, as moot and for this reason I'm only asking for you to please let me know what is the status upon my Docket No. 174 motion for relief that has not been denied.

    My concern is that my motion has been in the court for over one year, two months and a half and I would love for you to at least let me know in what stage is my motion in front of the Hon. Judge Laffitte.

    I want to thank you very much for your attention and I am very sorry if this request has upsetted you in any way. Hope to hear from you soon and here is a stamped envelope in eager to receive your response. Let God bless you for your help and your precious time.

Sincerely,

Rayomond Hernandez-Albino