RAYMOND HERNANDEZ-ALBINO
Reg. NO. 14736-069 C-2/B-15
FPC Schuylkill
P.O. Box 670
Minersville, PA. 17954-0670

Date: February 15, 2007.

Clerk of the court
UNITED STATES DISTRICT COURT
ROOM 150
FEDERAL BUILDING
HATO REY, PUERTO RICO 00918-1767

Docket No. 174
RE: Criminal case No. 97-0099(HL)

Dera Clerk of the court:

    Back on November 1, 2006, I asked the court to please give me a status report on my present motion that I have in the court, with the docket no. 174. Till this day I have not heard from the court. I understand that my judge Hector M. Laffitte is about to retire, I would love to find out what has been my outcome of my present motion that is still being entertained by the judge.

    Here I am sending you an Amendment to my Fed. R. Civ. P. Rule 60(b)(6) and I am asking you to please docket this motion into my file.

    Please give me an update and when you stamped and docket this request, I beg that you send me a copy of the stamped first page.

    Thank you all for being so kind to me. I'm only asking for your help inorder for me to return to my loved ones that need me now more than ever in their lives. Let God bless you always.

Sincerely,

Raymond Hernandez-Albino