Raymond Hernandez-Albino
Reg. No. 14736-069 C-2/B-15
FPC Schuylkill
P.O. Box 670
Minersville, PA. 17954-0670

Date: August 12, 2007

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO
FEDERAL BUILDING
ROOM 150
HATO REY, PUERTO RICO 00918-1767

ATTENTION: MAGISTRATE JUDGE MARCOS E. LOPEZ

RE: Criminal case No. 97-0099(JAG)
    DOCKET No. 174

Dear Clerk:

   On February 26, 2007, the Judge Jay A. Garcia-Gregory entered an order assigning the above matter to Magistrate Judge Marcos E. Lopez for a Report and Recommendation. It has now been in excess of over 5 months since that order and I have not received any information or update concerning same. If there is any further information or clarification that may be needed to aid in the finalization of said Report and Recommendation please feel free to contact me at the above address.

   I am anxiously awaiting the outcome and would like to be apprised of the status concerning my case. Hopefully I will be hearing from you upon receipt of this letter.

                                        Sincerely,

                                        Raymond Hernandez-Albino