Raymond Hernandez-Albino
Reg. No. 14736-069 C-2/B-15
Federal Prison Camp Schuylkill
P.O. Box ~~759~~ 670
Minersville, PA ~~17954-0759~~ 670

Mailed from
Federal Prison Camp
Schuylkill Pa.

HARRISBURG PA 171
13 AUG 2007 PM 4

TO: CLERK OF THE COURT
UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO
FEDERAL BUILDING
ROOM 150
HATO REY, PUERTO RICO 00918-1767

LEGAL MAIL

LEGAL MAIL