Raymond Hernández-Albino
Reg. No. 14736-069 c-2/B-15
FPC Schuylkill
P.O. Box 670
Minersville, PA. 17954-0670

LEGAL MAIL

RECEIVED
SEP 28 2007

ATTN: Honorable Judge
JAY. A. GARCIA-GREGORY
UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO
FEDERAL BUILDING
ROOM 150
HATO REY, PUERTO RICO 00918-

