Raymond Hernandez-Albino
Reg. No. 14736-069 C-1/B-15
FPCSchuylkill
P.O. Box 670
Minersville, PA. 17954-069

Date: December 7, 2007.



CLERK OF THE COURT
UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO
ROOM 150
FEDERAL BUILDING
HATO REY, PUERTO RICO 00918-1767

Dear clerk:

 Enclosed herein is my Amendment In support of motion for relief from judgment under Fed. R. civ. P. 60(b)(6) to be filed of record within the court.

 Please foward a copy to the Honorable Judge Jay A. Garcia-Gregory and to Magistrate Judge Marcos Lopez. Thank you for your help and let God bless you always.

 Could you please return a stamped filed copy to me at your earliest convinience. Thank you.

Respectfully,

Raymond Hernandez-Albino
