Raymond Her[nandez]
Reg. No. 14,...-...
FPC Schuylkill
P.O. Box 670
Minersville, PA. 17954-0670

LEGAL MAIL

TO: CLERK OF THE COURT
UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO
ROOM 150
FEDERAL BUILDING
HATO REY, PUERTO RICO 00918-1767

LEGAL MAIL