Raymond Hernandez-Albino
REg. No. 14736-069 C-2
FPC Schuylkill
P.O. Box 670
Minersville, PA. 17954-069

Date: January 23, 2008

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO
ROOM 150
FEDERAL BUILDING
HATO REY, PUERTO RICO 00918-1767

RECEIVED AND FILED
2008 JAN 29 PM 4:29
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Dear clerk:

Enclosed herein is my Objection to Report and Recommendation that I received on January 22, 2008. Hopefully there is nothing else that the court needs from me at this present time, if there is something that you as the clerk needs, please let me know at once.

Thank you for being so helpful and generous with me, since you have seen that I will continue to prove to the court that I am innocent of the charges that I have been incarcerated for over 10 years, but they don't want to give me a break and hopefully now is the time that I have to prove my innocence.

Let God bless you always.

Respectfully,

Raymond Hernandez-Albino