Raymond Hernandez-Albino
Reg No. 14736-069
F.P.C. Schuylkill
P.O. Box 670
Minersville, PA 17954-0670

March 31, 2008

Clerk of the Court
United States District Court
District of Puerto Rico
Room 150
Federal Building
Hato Rey, PR 00918-1767

Re: U.S. v Hernandez-Albino
    Case # 97-0099 (JAG)

Dear Clerk,

Effective immediately please be advised that I am no longer at the above address. I am in the process of being transferred to the M.D.C. of Guaynabo, Puerto Rico. The Bureau of Prisons will not forward any mail, so please do not send any court papers until I reach my new home.

I will send you a letter when I have reached my destination, and I will give you my new mailing address at that time.

Respectfully,

Raymond Hernandez-Albino