R. Hernandez-Albion # 14736-069
Federal Prison Camp Schuylkill
P.O. Box 670
Minersville, PA 17954-0670

Mailed from
Federal Prison Camp
Schuylkill Pa.

TO: Clerk of the Court
United States District Court
District of Puerto Rico
Federal Building, Room # 150
Hato Rey, PR 00918-1767