

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

NIXIE  176  CE  1      06 04/12/08

BC: 00918           *0783-08868-05-27



RAYMOND HERNANDEZ-ALBINO
Reg. No.14736-069
FCI SCHUYLKILL
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 759
MINERSVILLE, PA 17954

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
ROOM 150 FEDERAL BLDG
SAN JUAN PR 00918-1767

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

2008 APR 16 PM 4:22
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

RECEIVED AND FILED