G 97-99  JAG

Raymond Hernandez-Albino
Reg. No. 14736-069 1-B
MDC Guaynabo
P.O. Box 2005
Cataño, Puerto Rico 00963

Date: May 4, 2008

CLERK OF THE COURT
U.S. DISTRICT COURT
FEDERAL BUILDING
150 Carlos Chardon St.
Hato Rey, Puerto Rico

Dear Clerk:

   On March 31, 2008, I sent to the court a notice that from that date I will no longer be housing at Scuylkill, Pennsylvania. Please be advised that I am now at my new housing in MDC Guaynabo and all my correspondance should be adressed to this location.

   If there is any new information that I should have received from the Honorable Judge, please foward it to my new address. Thank you very much for all your help, if the court needs to get any further information from Petitioner, I will be happy to hear from you.

Sincerely,

Raymond Hernandez-Albino