Raymond Hernandez-Albino
Reg. No. 14736-069 1-B
MDC Guaynabo
P.O. Box 2005
Cataño, Puerto Rico 00963

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FEDERAL BUILDING
150 Carlos Chardon St.
Hato Rey, Puerto Rico 00918