Raymond Hernández-Albino
Reg. No. 14736-069 1-B/104
MDC Guaynabo
P.O. Box 2005
Cataño, Puerto Rico 00964

Date: May 13, 2008.

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
ROOM 150 Fedearl Bldg.
SAN JUAN, PUERTO RICO 00918-1767

Case No. 97-0099(JAG)

Dear Clerk:

I want to thank you for sending me the Honorable Judges response.
Here is a reconsideration motion that I have prepared for the
court. As you could see that it's all an up hill battle but I
will continue to find my innocence every each way possible,
even though no attorney wants to help me out. So please file
this response that I have prepared to the Honorable Judge.

Thank you very much for all your help and maybe I will give up
after this, because there is no justice in the Federal system.
The justice is for the real criminals that get a break in their
sentencing and I can't even get a foot in the door.

Let God bless you for all your help.

                                        Sincerely,

                                        Raymond Hernández-Albino