The San Juan Star - Thursday, February 19, 1998

17

## LOCAL NEWS

# U.S. Attorney said reneging on plea bargain

**By MANNY SUAREZ**
Of the STAR Staff

The U.S. Public Defenders Office filed a complaint with U.S. District Judge Héctor M. Laffitte Wednesday charging the U.S. Attorney's Office with going back on a plea agreement with a drug suspect who had testified against other members of a drug gang.

In a hearing before Laffitte, Assistant Public Defender Aura Maldonado charged that in the plea agreement, her client (whose identity is being withheld for his safety) had agreed to testify against Raymond Hernández Olivo, an engineer who was indicted in a two-count drug case. Two others pleaded guilty.

Maldonado contended that her client complied with the agreement and testified against the engineer who was found guilty and is facing a sentence of 15 years in prison.

The attorney said that the U.S. Attorney's Office backed off the agreement in which her client would get from seven to nine years for his help to the prosecution, and the man is now facing the same sentence as the engineer. In addition, Maldonado said, his life is at risk and his home was fired at about two weeks ago.

Arguing before the judge, Assistant U.S. Attorney John Tico said that on the witness stand the accused stammered in uncertainty and appeared to be holding back, causing them to believe he had not complied with his commitment.

Laffitte said Maldonado was "barking up the wrong tree," and rather than asking the court to intervene, she should be taking her case to the U.S. Attorney's Office.

Maldonado agreed and said she wanted the opportunity to discuss the issue with her supervisors.

After Laffitte read from the witness' trial testimony, Tico said he remembered seeing Hernández Olivo making intimidating gestures toward the witness which may have contributed to his uncertain testimony. He said he was amenable to a meeting with Maldonado.

Laffitte ordered the defense and prosecution to get together to see if they could work things out and recessed the morning hearing until the afternoon.

Laffitte allowed the defendant to remain free on bail for 10 more days to see if he can cooperate well enough to permit the prosecution to agree to the lower sentence.



## Sección para Thursta

### EL FESTIVAL DE CARNAVALES
EN
### THE RITZ-CARLTON
### SAN JUAN HOTEL AND CASINO

Será un placer para nuestras Damas y Caballeros darle la bienvenida a usted y sus invitados a nuestra

### GRAN FIESTA DE CARNAVAL

VIERNES, 20 DE FEBRERO
Carnaval Caribeño
Puerto Rico

SABADO, 21 DE FEBRERO
Carnaval Brasilero

---

S.J. murder rate highest, "...as down islandwide

EL NUEVO DIA - JUEVES 19 DE FEBRERO DE 1998    43

## Primer Plano

# Impugnada una recomendación de sentencia

Por JUANITA COLOMBANI
DE EL NUEVO DIA

LA OFICINA del defensor público federal impugnó ayer ante el juez federal Héctor Laffite una recomendación del fiscal federal Guillermo Gil para sentenciar a 15 años a un joven que se convirtió en testigo del gobierno, y que con su testimonio, un ingeniero fue encontrado culpable de varios cargos de droga y violación a la ley de armas.

La abogada Laura Maldonado, de la oficina del defensor público federal, explicó que impugnó la recomendación de sentencia de la Fiscalía porque su cliente se enfrenta a la misma condena que será impuesta a la persona contra quien declaró. Otros dos acusados en este caso se declararon culpables.

Esta no es la primera vez en los últimos meses que un abogado plantea ante un juez federal que la Fiscalía no cumple con acuerdos a los que ha llegado con cooperadores.

"Aquí estamos para hacer justicia", dijo Maldonado al juez, que finalmente concedió 10 días a las partes a ver si podían llegar a un acuerdo. Inicialmente, Maldonado pidió una vista evidenciaria para demostrar que su cliente cumplió con los términos del acuerdo.

MALDONADO PLANTEO que su cliente -que está en libertad bajo fianza- puso en riesgo su vida al declarar contra una persona acusada junto a él por los mismos hechos, y que apenas hace dos semanas su residencia fue tiroteada, por lo que merece un mejor arreglo.

"No sé a donde va nuestro sistema de justicia si su señoría permite al gobierno venir aquí y decir que el testigo no dijo la verdad... sin darle la oportunidad de presentar evidencia a esta corte de que su testimonio fue veraz", dijo la abogada.

Al principio de la vista, el fiscal planteó al juez que el testigo fue "hostil" y no cumplió con el acuerdo de cooperación porque a preguntas que debió responder "sí" dijo "no", pero luego -tras una reunión con Gil en su oficina en el Edificio Federal de Hato Rey- esta versión fue cambiada por el jefe de la División Criminal de la Fiscalía, Jorge Vega Pacheco.

Vega Pacheco dijo al juez que no se recomendó un mejor trato en la sentencia porque el testigo exhibió un "problema de comportamiento" al declarar, que la Fiscalía interpreta como que no cooperó "sustancialmente", uno de los requisitos que dispone el acuerdo de colaboración.

EL NOMBRE del testigo no se incluye en esta historia a solicitud de la oficina del defensor público federal por razones de seguridad.

Sin embargo, a pesar de esta circunstancia la Fiscalía planteó en sala su interés de que el testigo le dé información sobre otros asuntos no ligados a este caso, para enmendar su recomendación de sentencia. No obstante, el acuerdo de colaboración dispone que sólo aplica para los hechos vinculados a este caso.



## AFFIDAVIT

County of _____.  )
State of New York.        )
                          )
                          )

SS:

I, Orlando Ramirez Ortiz, being over eighteen (18) years of age and competent to testify to the facts set forth herein, make the following statements of fact:

1. I have known Raymond Hernandez Albino, since childhood.
2. On April 23, 1997, I was arrested with Raymond Hernandez-Albino and Armando Cabrera-Vargas.
3. On May 14, 1997, I was indicted along with my friend Raymond Hernandez-Albino, also indicted were Armando Cabrera-Vargas and Robert Francis.
4. On November 3, 1997, I pled guilty to Conspiracy to Posses with intent to Distribute Cocaine and Possession of a Firearm with an obliterated serial number, while Aiding and Abetting Raymond Hernandez-Albino.
5. Although I pled guilty to carrying a firearm while Aiding and Abetting co-defendant, I state for the record that Mr. Raymond Hernandez-Albino at no time knew a transaction was was to take place on or about April 23, 1997.

I'm forwarding this Affidavit to the Honorable Court in the interest of Justice and signed below in the presence of a Notary Public as required for this attestation.

Date:

_____
Orlando Ramirez-Ortiz

FELIX F. BELLO
Notary Public State of New York
No 24-4958665
Qualified in Kings County
[Commission expires] Nov. 13, 20_05_

State of New York
County of Kings
Sworn to before me
on this October 28, 2004