IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAYMOND HERNANDEZ-ALBINO
    Petitioner : Criminal Case No. 97-0099(JAG)

Vs.

UNITED STATES OF AMERICA
    Respondent : <u>Pro-Se</u>

## MOTION REQUESTING TRANSCRIPTS

TO THE HONORABLE COURT,

    NOW COMES PETITIONER RAYMOND HERNANDEZ-ALBINO, Pro-Se, and respectfully moves this Honorable court for an order to the clerk of the court to furnish him a copy of the sentencing hearing transcripts entered in the above reference regarding Orlando Ramirez-Ortiz, on or about April 18, 1998. In support thereof, he states:

1. That on or about 2004, the Petitioner learned through the Puerto Rico's Newspapers that the government witness Orlando Ramirez-Ortiz has purjured himself during the trial process in the above named matter.

2. Based upon this Newly Discovered Evidence, the Petitioner filed a Rule 60(b)(6) motion to the Honorable court.

3. That on 4-3-08, this Honorable Court denied Petitioner's Rule 60(b) motion, because allegedly Petitioner failed to show what "part of the cooperator's testimony was false".

(1)

4.  These transcripts are necessary in order for Petitioner to prove his claim.

**WHEREFORE,** based on the foregoing statement and the "interest of justice", the Petitioner's request that this Honorable court grants this motion and order the clerk of the court to provide the Petitioner with a copy of the above mentioned sentencing hearing transcript.

**AT GUAYNABO, Puerto Rico, 16th. day of May, 2008.**

RESPECTFULLY SUBMITTED,

Raymond Hernandez-Albino
Reg. No. 14736-069 1-B/104
MDC Guaynabo
P.O. Box 2005
Cataño, Puerto Rico 00963

Dated: may 16, 2008.

### CERTIFICATE OF PRO-SE COUNSEL

I, Raymond Hernandez-Albino, Pro-Se, hereby certify that all the foregoing statements made by me are true and correct to the best of my knowledge and belief. 28 U.S.C. section 1746

Raymond Hernandez-Albino

(2)

## CERTIFICATE OF SERVICE

**I Raymond Hernandez-Albino, Pro-Se,** hereby certify that on the 16th. day of May, 2008, I have served a copy of the motion Requesting Transcripts, on the following by First Class Mail, postage prepaid to :

> U.S. ATTORNEY'S OFFICE
> TORRE CHARDON, SUITE 1201
> 350 CHARDON AVE.
> San Juan, Puerto Rico 00918

Dated: May 16, 2008.

*[signature]*
Raymond Hernandez-Albino