IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAYMOND HERNANDEZ-ALBINO
    Petitioner
                                    Case No. 97-0099(JAG)

Vs.

UNITED STATES OF AMERICA
    Respondent                      Pro-Se

MOTION FOR LEAVE TO AMEND AND SUPPLEMENT PETITIONER'S
MOTION TO RECONSIDER MOTION FOR RELIEF FROM JUDGMENT
UNDER FED. R. CIV. P. RULE 60(b)(6).

TO THE HONORABLE JUDGE:

NOW COMES, THE PETITIONER, RAYMOND HERNANDEZ-ALBINO, Pro-Se, pursuant to Fed. R. Civ. P. Rule 15(c) and (d), and respectfully moves this Honorable Court for leave to Amend and Supplement his motion to reconsider motion for relief from judgment under F. R. Civ. P. Rule 60(b)(6), as follows:

1. On 5-13-08, Petitioner filed a motion for reconsideration of this court's denial of his Rule 60(b)(6) motion. In addition to the previously stated in said motion, the Petitioner respectfully asks this court to enter an order vacating or modifying it's judgment on said matter and holding his Rule 60(b)(6) motion in abeyance until he may obtain a copy of Orlando Ramirez-Ortiz's sentencing hearing transcript in order to prove his claim to the court.

2. On 5-16-08, the Petitioner filed a motion to obtain a copy of the above mentioned, which is pending before this Honorable court.

(1)

WHEREFORE, the Petitioner prays that this Honorable court grants his request herein.

Dated: May 16, 2008.

Respectfully Submitted,

*[signature]*

Raymond Hernandez-Albino
Reg. No. 14736-069
MDC Guaynabo
P.O. Box 2005
Cataño, Puerto Rico 00963

### CERTIFICATE OF PRO-SE COUNSEL

I Raymond Hernandez-Albino, Pro-Se, hereby certify that all the foregoing statement made by me are true and correct to the best of my knowledge and belief. 28 U.S.C. section 1746.

*[signature]*
Raymond Hernandez-Albino

### CERTIFICATE OF SERVICE

I Raymond Hernandez-Albino, Pro-Se, hereby certify that on the 16th. day of May, 2008, I have served a copy of the motion for leave to Amend and Supplement Petitioner's motion for relief from judgment under Rule 60(b)(6), on the following by First Class Mail, postage prepaid to:

U.S. ATTORNEY'S OFFICE
TORRE CARDON, SUITE 1201
350 CARDON AVE.
SAN JUAN, PUERTO RICO 00918

Dated: May 16, 2008.

*[signature]*
Raymond Hernandez-Albino

(2)