Raymond Hernandez-Albino
Reg. No. 14736-069 1-B/104
MDC Guaynabo
P.O. Box 2005
Cataño, Puerto Rico 00963

SAN JUAN PR 009

19 MAY 2008 PM 2 L

John Hersey

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
Room 150 FEDERAL BLDG.
SAN JUAN, PUERTO RICO 00918-1767

00918/1703

5-19-08