**CLERK'S OFFICE**
UNITED STATES DISTRICT COURT
ROOM 150  FEDERAL BLDG
SAN JUAN PR 00918-1767

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

RAYMOND HERNANDEZ-ALBINO
Reg. No. 14736-069
Federal Prison Camp Schuylkill
P.O. Box 670
Minersville PA 17954-0670

NIXIE        176  CE  1        06  06/05/08
            RETURN TO SENDER
                REFUSED
            UNABLE TO FORWARD

BC: 00918            *0783-03123-29-29

