Raymond Hernandez-Albino
Reg. No. 14736-069 1-B/104
MDC Guaynabo
P.O. Box 2005
Cataño, Puerto Rico 00963

Date: June 16, 2008.

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO
ROOM 150
Federal Building
Hato Rey, Puerto Rico 00918-1767

RE: U.S. v. Hernandez-Albino
    Case No. 97-0099 (JAG)

DEAR CLERK

This lettr is to acertain the status of my motion for Reconsideration from the denial of my Rule 60(b)(6) motion entered on the 14th day of May, 2008.

I would appreciate your prompt response.

Thank you very much in advance.

Sincerely,

Raymond Hernandez-aAlbino