Raymond Hernandez-Albino
Reg. No. 14736-069, 1-B/104
MDC Guaynabo
P.O. Box 2005
Cataño, Puerto Rico 00963

LEGAL MAIL

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO
ROOM 150
FEDERAL BUILDING
Hato Rey, Puerto Rico 00918-1767