IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAYMOND HERNANDEZ-ALBINO
          Petitioner        :

                          : Criminal Case No. 97-0099(JAG)

    Vs.                :

                          :

UNITED STATES OF AMERICA
          Respondent       :

RE: 97-0099(JAG)

TO THE HONORABLE JUDGE:

NOW COMES PETITIONER, Raymond Hernandez-Albino, requesting to the Honorable Court to apoint Petitioner a counsel in his on going matter under the Criminal Justice Act.

Petitioner has been working Pro-Se and now that Petitioner is presently incarcerrated in Puerto Rico is requesting the need of a counsel due to the extent of the law in which a counsel could present the issue of law to the Honorable court.

Petitioner at this stage in his incarcerration is indigent and Petitioner can not dispose of one, for this reason Petitioner pleads the court for some legal help because only a legal counsel could guide the Petitioner through the law.

WHEREFORE, the Petitioner prays that this Honorable court grants this urgent request.

(1)

Respectfully Submitted,

Dated: June 24, 2008.

Raymond Hernandez-Albino
Reg. No. 14736-069 1-B
MDC Guaynabo
P.O. Box 2005
Cataño, Puerto Rico 00963

## CERTIFICATE OF PRO-SE COUNSEL

I Raymond Hernandez-Albino, Pro-Se, hereby certify that all the foregoing statment made by me are true and correct to the best of my knowledge and belief. 28 U.S.C. section 1746.

Raymond Hernandez-Albino

## CERTIFICATE OF SERVICE

I Raymond Hernandez-Albino, Pro-Se, hereby certify that on the 24th. day of June, 2008, I have served a copy of the motion requesting an apointed counsel, on the following by First Class Mail, postage prepaid to:

U.S. ATTORNEY'S OFFICE
TORRE CHARDON, SUITE 1201
350 chardon ave.
SAN JUAN, PUERTO RICO 00918

Dated: June 24, 2008.

Raymond Hernandez-Albino

(2)