Raymond Hernandez-Albino
Reg. No. 14736-069 1-B/104
MDC Guaynabo
P.O. Box 2005
Cataño, Puerto Rico 00963-2005

Date: June 24, 2008.

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO
ROOM 150
FEDERAL BLDG.
HATO REY, PUERTO RICO 00918-1767

RE: 97-0099(JAG)

Dear clerk:

    Enclosed ia a motion requesting to the court for a legal counsel. Could you please file this request even though I did mention in my last letter that I was going to give up, but I feel that with some real professional help I could accomplish something in the court.

    Enclosed is a return stamped envelope, could you please send me a copy of the stamped filed at your earliest convinience.

    Thank you again and I'm sorry that I'm a pain, but I'm only fighting for my freedom so I could re-unite with my family that misses me so much in this lousy life that we all live in.

Sincerely,

Raymond Hernandez-Albino