Raymond Hernandez-Albino
Reg. No. 14736-069 1-B
MDC Guaynabo
P.O. Box 2005
Cataño, Puerto Rico 00963-2005

SAN JUAN PR 009

25 JUN 2008 PM 3 T

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO
ROOM 150
FEDERAL BUILDING
HATO REY, PUERTO RICO 00918-1767

LEGAL MAIL

00918X1767