Raymond Hernandez-Albino
Reg. No. 14736-069 1-C/232
Metropolitan Detention Center
Guaynabo
P.O. Box 2005
Cataño, Puerto Rico 00963-2005



August 3, 2008

Honorable Judge Jay A. Garcia-Gregory
United States District Court
District of Puerto Rico
Federal Building
Room 150
Hato Rey, Puerto Rico 00918-1767

RE: Criminal Case No. 97-0099(JAG)

Dear Honorable Judge:

    I'M aware that you have a very busy workload within the District court and with all due respect, I'm still till this day fighting for my freedom in which my children really need me in these days of stress that teenagers are going through.

    On June 24, 2008, I submitted to the court for legal help, because only a legal counsel could guide me through the law and till this day, I have not heard from the court. I have even tried to get in contact with my appeals attorney, Mr. Peter Goldberger, through Ms. Maria Sandoval, Esq. due to a conversation with my trial attorney Mr. Edgar Vega-Pabon held on the 9th. day of July and he mentioned to me that he is aware of the fact that he did not know about a couple of aspects concerning what had occured in my trial at that particular time and that he is willing to give some kind of Affidavit or what ever is necessary in order to correct his ineffectiveness during my trial, but like always, I have not heard from either attorney's.

    The fact of my case is all on black and white, I know that there was no overwhelming evidence of my guilt and the false testimony of only one witness and the lack of preparation of my attorney Mr. Vega, affected the judgment of the jury. What I can't conceive is the fact that my trial attorney wants to correct his position upon his legal representation and nobody wants to help me. Maybe somewhere in your schedule you could order a hearing upon what my trial attorney wants to correct for the record, then you as the Honorable Judge could make the final decision upon all the issues that I have been fighting all along these years.

    The motion that I have placed to the court Pro-Se, clearly brings out all the inconsistencies that occured during my trial and there being no question that false testimony was introduced

(1)

to bolster the credibility of the principal prosecution witness and there being no reasonable application of Federal law under it could be said that the prejudice suffered by me (Petitioner) fell short of the legal standard established by the Supreme Court of the United States.

    For this reason I plead to you as the Honorable Judge to please grant me an attorney and hold a short hearing and lets hear what attorney Mr. Edgar Vega-Pabon has to comment for the record. I know that you as the Honorable Judge, could serve justice upon all the inconsistencies that had occured in a case that was so weak and no overwhelming evidence was presented upon my trial in which I have been sentenced for so many years.

    Thank you for your precious time and hopefully I will hear from you soon. Let Jehovah God bless you always for having a good heart.

                                                Sincerely,

                                                Raymond Hernandez-Albino