Raymond Hernandez-Albino
Reg. No. 14236-069
Metropolitan Detention Center
Guaynabo
P.O. Box 2005
Cataño, Puerto Rico 00963-2005

Case 3:07-cr-00299-JAG-MEL   Document 209-2   Filed 08/08/2008   Page 1 of 1

RECEIVED AUG 5 / 2008

Honorable Judge Jay A. Garcia-Gregory
United States District Court
District of Puerto Rico
Federal Building Room 150
Hato Rey, Puerto Rico 00918-1767

**LEGAL MAIL**

00918/1703